**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| HOTLINE SALES CORP., | ) | **Case No. 13-44461** |
| | ) | |
| Debtor. | ) | **Honorable Donald R. Cassling** |

**CERTIFICATE OF SERVICE**

Brian A. Audette, an attorney, certifies that on the 18th day of August, 2017, he caused

the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to*

*Object (NFR)* to be filed electronically with the Court.  Notice of this filing will be served by

U.S. Mail, first-class postage prepaid, to the parties listed on the attached service list.

Dated:  August 18, 2017                    BRIAN A. AUDETTE, INTERIM TRUSTEE


                                     By: */s/ Brian A. Audette*
                                              Chapter 7 Trustee



OF COUNSEL:
Brian A. Audette
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
Tel.:  (312) 324-8534
Fax:  (312) 324-9534


76488-0013/136253688.1

Label Matrix for local noticing
0752-1
Case 13-44461
Northern District of Illinois
Chicago
Fri Aug 18 09:10:32 CDT 2017

Glenview State Bank
Law Offices of Arnold H. Landis, P.C.
77 W. Washington Street
Suite 702
Chicago, IL 60602-3267

Hotline Sales Corp.
7400 Niles Center Rd.
Skokie, IL 60077-3230

Schneider & Stone
8424 Skokie Blvd #200
Skokie, Il 60077-2568

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

7400 Niles Center, LLC
1800 Pittsburgh Dr.
Delaware, OH 43015-3870

7400 Niles Center, LLC
c/o Gregory A McCormick
Garfield, & Merel Ltd
180 N Stetson, Suite 1300
Chicago, IL 60601-6818

AJ Hermus Inc.
86-45 256th Street
Floral Park, NY 11001-1405

Aims Hosiery
297-M MODEL TOWN EXTENSION
LAHORE, PAKISTAN

Allstate Insurance Company
PO Box 4344
Carol Stream, IL 60197-4344

Amen Trading
3183 Bandini Blvd.
Vernon, CA 90058-4134

American Express (B)
P.O. BOX 0001
Los Angeles, CA 90096-8000

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Avigael Inc.
1900 Tyler Ave. Suite G.S
South El Monte, CA 91733-3621

Bank of America (Business)
P.O. BOX 851001
Dallas, TX 75285-1001

Beauty Search Co.
890 Monterey Pass Road
Monterey Park, CA 91754-3609

Big Bright Group
134 W. 29th Street
New York, NY 10001-0145

C&A Co.
2531 Loma Avenue
South El Monte, CA 91733-1417

CHASE CREDIT CARD
CARD MEMBER SERVICE, P.O. BOX 15153
Wilmington, DE 19886-5153

CKH Pacificgate Corp.
6321 Chalet Dr.
Commerce, CA 90040-3705

COMMONWEALTH EDISON COMPANY
CLAIMS DEPARTMENT
3 LINCOLN CENTER
OAK BROOK TERRACE, IL 60181-4204

Capital One (B)
P.O Box 34631
Seattle, WA 98124-1631

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Chase
P.O. Box 9001022
Louisville, KY 40290-1022

Christine Whang
1261 8th Ave.
Apt. 301
San Francisco, CA 94122-2476

CitiBusiness Card
CITIBUSINESS CARD PROCESSING CENTER
Des Moines, IA 50363-0005

Citibank
P.O. BOX 769018
San Antonio, TX 78245-9018

Clemente Ortiz
1806 Emerson St.
Evanston, IL 60201-3440

ComEd
P.O Box 6111
Carol Stream, IL 60197-6111

Comcast
P.O. BOX 3002
Southeastern, PA 19398-3002

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181-4204

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Don K. Whang
2635 Prince St.
Northbrook, IL 60062-6549

Dreamer Enterprise Inc.
1585 Rio Vista Ave.
Los Angeles, CA 90023-2619

Eden Enterprise
7405 N.Oak Park Ave.
IL 60714-3817

Edler Co.
3500 Oakton Street
Skokie, IL 60076-2902

Edler Management Company Land Trust #70
Edler & Co - Richard Edler
2150 Bouterse Ave #202
Park Ridge, IL 60068-2370

Fifth Third Bank
222 South Riverside Plaza
Chicago, IL 60606-5808

Fifth Third Bank
9441 LBJ Freeway, Suite 350
Dallas, TX 75243-4652

Fifth Third Bank
P.O. BOX 630337
Cincinnati, OH 45263-0337

Fifth Third Bank
c/o David L. Hazan; Diver,
Grach, Quade & Masini, LLP
111 N. County Street
Waukegan, IL 60085-4344

FinaModa Corp.
734 E. Pico Blvd.
Los Angeles, CA 90021-2106

Fullness Corporation, CA Corp
DBA Beauty Search Co.
890 Monterey Pass Road
Monterey Park, CA 91754-3609

Glenview State Bank
Law Offices of Arnold H Landis, PC
77 West Washington Street, Suite 702
Chicago, IL 60602-3267

Hi Peak Corp.
187-72 Hollis Ave.
Hollis, NY 11423-2808

Huron Paper Stock
2545 W. Fulton Street
Chicago, IL 60612-2139

Ilinois Department of Employment Security
33 S. State Street  Bankruptcy Unit 10th
Chicago, IL 60603-2804

Illinois Department or Revenue
Springfield, IL 62796-0001

Jamie Whang
2635 Prince St.
Northbrook, IL 60062-6549

Jennifer Whang
4452 N. Ashland
Apt. 201
Chicago, IL 60640-5954

Kay Creation Inc.
14 Aquarium Dr. #1
Secaucus, NJ 07094-1911

Kenneth Reeve Apparel, Ltd
24 Orchard Street
New York, NY 10002-6110

L.C Fashion Garden
3131 N. Main Street
Los Angeles, CA 90031-3424

Long Win Corp.
P.O Box 6115
Alhambra, CA 91802-6115

Myung Ik Lee
Hyo Jung Kim, Attorney
1190 Elmhurst Road Suite 200
Mount Prospect, IL 60056-4262

Nicor
P.O Box 0632
Aurora, IL 60507-0632

Nicor Gas
Po box 549
Aurora il 60507-0549

Office of the U.S. Trustee
219 S Dearborn St.  Room 873
Chicago, IL 60604-2027

Power USA
170 W. 39th Street
Los Angeles, CA 90037-1016

Red Lion International
2627 Pomona Blvd.
Pomona, CA 91768-3270

Rubil
519 E. 7TH Street
Los Angeles, CA 90014-2409

Saroj International Inc.
2615 S. Santa Fe Ave.
Vernon, CA 90058-1117

Sky Hosiery
1088 Westminster Ave.
Alhambra, CA 91803-1231

Sox.com Inc.
2850 E. Vernon Ave.
Vernon, CA 90058-1804

Sunluck Trading
237 E. 4th Street
Los Angeles, CA 90013-1403

Sunshine Import Int'l Corp
Karen Chen
5866 Smithway St
Commerce, CA 90040-1606

Supertrends, Inc
PO Box 750
Hicksville, NY 11802-0750

Textilfort
PLOT #23 SECTOR #24 KORANGI IN
Karachi, Pakistan

Textilfort (Private) Limited
M/S Hotline Sales Corp
7400 Niles Center Road
Skokie, IL 60077-3230

Top Underwear
1222 Factory Pl.
Los Angeles, CA 90013-2231

UPS
Lockbox 577
Carol Stream, IL 60132-0577

United Parcel Service
c/o Receivable Management Services (&quo
P.O. Box 4396
Timonium, MD 21094-4396

Village of Skokie Water Dept
5127 Oakton Street
Skokie, IL 60077-3600

Yelete Group
5835 E. 61st St.
Commerce, CA 90040-3411

Zhejiang Tinas Knitting
NO 2828 WEST CITY ROAD, YIWU
ZHEJIANG, CHINA

Zhejiang United Favonian Knitting
NO 121 XINGTANG ROAD, DATANG TOWN
ZHEJIANG, CHINA

Zhuji Jinxuan Import and Export Co.
76 Waichen Village, Wangjiajing Twn
Zhuji, Zhejiang, China

Ben L Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077-2568

Brian Audette
Perkins Coie LLP
131 S Dearborn Street, Suite 1700
Chicago, IL 60603-5559

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

(d)Honda Financial Services
P.O. BOX 5308
Elgin, IL 60121-5308

(d)Honda Financial Services
PO Box 5308
Elgin, IL 60121-5308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)7400 Niles Center, LLC

(u)American Honda Finance Corporation

(u)CommonWealth Edison

(u)Fifth Third Bank

(u)US Treasury (IRS)

End of Label Matrix
Mailable recipients    80
Bypassed recipients     5
Total                  85