**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HOTLINE SALES CORP.    § Case No. 13-44461
                              §
                              §
Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $889,000.00               Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $26,963.95     Claims Discharged
                                                Without Payment: $451,808.07

Total Expenses of Administration: $4,190.44

---

   3) Total gross receipts of $ 31,154.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $31,154.39 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $593,473.23 | $44,010.10 | $26,963.95 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,190.44 | 4,190.44 | 4,190.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 115,898.70 | 38,966.96 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 485,555.80 | 412,841.11 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,199,118.17 | $500,008.61 | $31,154.39 |

    4) This case was originally filed under Chapter 7 on November 15, 2013. The case was pending for 41 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2017          By: /s/Brian Audette
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Business Checking | 1129-000 | 31,154.39 |
| **TOTAL GROSS RECEIPTS** | | **$31,154.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Department of the Treasury | 4300-000 | N/A | 44,010.10 | 0.00 | 0.00 |
| 1S-2 | Department of the Treasury | 4300-000 | N/A | 44,010.10 | 0.00 | 0.00 |
| 1S-3 | Department of the Treasury | 4300-000 | N/A | 44,010.10 | 44,010.10 | 26,963.95 |
| 4 | Glenview State Bank | 4210-000 | N/A | 9,928.41 | 0.00 | 0.00 |
| 16 | Fifth Third Bank | 4110-000 | N/A | 451,514.52 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$593,473.23** | **$44,010.10** | **$26,963.95** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 3,865.44 | 3,865.44 | 3,865.44 |
| U.S. Trustee Quarterly Fees - Office of the U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,190.44 | $4,190.44 | $4,190.44 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of the Treasury | 5800-000 | N/A | 38,465.87 | 0.00 | 0.00 |
| 1P-2 | Department of the Treasury | 5800-000 | N/A | 38,465.87 | 0.00 | 0.00 |
| 1P-3 | Department of the Treasury | 5800-000 | N/A | 38,465.87 | 38,465.87 | 0.00 |
| 26P | Ilinois Department of Employment Security | 5800-000 | N/A | 501.09 | 501.09 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $115,898.70 | $38,966.96 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of the Treasury | 7100-000 | N/A | 9,326.11 | 0.00 | 0.00 |
| 1U-2 | Department of the Treasury | 7100-000 | N/A | 9,326.11 | 0.00 | 0.00 |
| 1U-3 | Department of the Treasury | 7100-000 | N/A | 9,326.11 | 9,326.11 | 0.00 |
| 2 | Kenneth Reeve Apparel, Ltd | 7100-000 | N/A | 5,826.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 -2 | Kenneth Reeve Apparel, Ltd | 7100-000 | N/A | 5,826.00 | 5,826.00 | 0.00 |
| 3 | Fifth Third Bank | 7100-000 | N/A | 2,111.09 | 2,111.09 | 0.00 |
| 5 | American Honda Finance Corporation | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 -2 | American Honda Finance Corporation | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 | Sunluck Trading | 7100-000 | N/A | 35,185.50 | 35,185.50 | 0.00 |
| 7 | COMMONWEALTH EDISON COMPANY | 7100-000 | N/A | 352.26 | 352.26 | 0.00 |
| 8 | Fullness Corporation, CA Corp | 7100-000 | N/A | 103,914.80 | 103,914.80 | 0.00 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 5,049.00 | 5,049.00 | 0.00 |
| 10 | Sunshine Import Int'l Corp | 7100-000 | N/A | 26,082.00 | 26,082.00 | 0.00 |
| 11 | United Parcel Service | 7100-000 | N/A | 1,460.76 | 1,460.76 | 0.00 |
| 12 | American Express Bank, FSB | 7100-000 | N/A | 4,625.12 | 4,625.12 | 0.00 |
| 13 | Textilfort (Private) Limited | 7100-000 | N/A | 42,244.40 | 0.00 | 0.00 |
| 13 -2 | Textilfort (Private) Limited | 7100-000 | N/A | 42,244.40 | 42,244.40 | 0.00 |
| 14 | Supertrends, Inc | 7100-000 | N/A | 8,530.00 | 8,530.00 | 0.00 |
| 15 | Sunshine Import Int'l Corp | 7100-000 | N/A | 26,082.00 | 26,082.00 | 0.00 |
| 17 | 7400 Niles Center, LLC | 7100-000 | N/A | 50,985.00 | 50,985.00 | 0.00 |
| 18 | Nicor Gas | 7100-000 | N/A | 4,391.11 | 0.00 | 0.00 |
| 18 -2 | Nicor Gas | 7100-000 | N/A | 4,391.11 | 4,391.11 | 0.00 |
| 19 | Myung Ik Lee | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 20 | Commonwealth Edison Company | 7100-000 | N/A | 1,600.96 | 0.00 | 0.00 |
| 21 | Commonwealth Edison Company | 7100-000 | N/A | 1,600.96 | 1,600.96 | 0.00 |
| 23 | Sunshine Import Int'l Corp | 7100-000 | N/A | 26,082.00 | 26,082.00 | 0.00 |
| 24 | Rubii | 7100-000 | N/A | 5,383.00 | 5,383.00 | 0.00 |
| 25 | Edler Management Company Land Trust #70246 | 7100-000 | N/A | 3,500.00 | 3,500.00 | 0.00 |
| 26U | Ilinois Department of Employment Security | 7200-000 | N/A | 110.00 | 110.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $485,555.80 | $412,841.11 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-44461  
**Case Name:** HOTLINE SALES CORP.

**Period Ending:** 11/10/17

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 06/10/14 (c)  
**§341(a) Meeting Date:** 07/08/14  
**Claims Bar Date:** 12/11/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase Business Checking<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 25,000.00 | 25,000.00 | | 31,154.39 | FA |
| 2 | Accounts receivable<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 3 | 2011 Toyota Sienna<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 12,000.00 | 3,000.00 | | 0.00 | FA |
| 4 | Honda Accord<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 15,000.00 | 5,000.00 | | 0.00 | FA |
| 5 | Electronics<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 6 | Shelving, grids, hand lifter<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 7 | Clothing: wholesale value<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 750,000.00 | 750,000.00 | | 0.00 | FA |
| 7 | **Assets    Totals** (Excluding unknown values) | **$914,000.00** | **$895,000.00** | | **$31,154.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

    TFR/Fee Application set for 9/12/17.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016    **Current Projected Date Of Final Report (TFR):**    December 31, 2017

Printed: 11/10/2017 10:50 AM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-44461  
**Case Name:** HOTLINE SALES CORP.  
**Taxpayer ID #:** **-***7810  
**Period Ending:** 11/10/17  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/15 | {1} | Hotline Sales Corp. | Balance of checking account | 1129-000 | 31,154.39 | | 31,154.39 |
| 09/12/17 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $3,865.44, Trustee Compensation; Reference: | 2100-000 | | 3,865.44 | 27,288.95 |
| 09/12/17 | 102 | Office of the U.S. Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 325.00 | 26,963.95 |
| 09/12/17 | 103 | Department of the Treasury | Dividend paid 61.26% on $44,010.10; Claim# 1S-3; Filed: $44,010.10; Reference: | 4300-000 | | 26,963.95 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 31,154.39 | 31,154.39 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 31,154.39 | 31,154.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$31,154.39** | **$31,154.39** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7166** | 31,154.39 | 31,154.39 | 0.00 |
| | $31,154.39 | $31,154.39 | $0.00 |

{} Asset reference(s)

Printed: 11/10/2017 10:50 AM   V.13.30